No. 9591. STATE OF MONTANA, Respondent, v. AN-
TONIO GASCAR, Appellant.

319 Pac. (2d) 276.

Decided December 20, 1957.

*Dillavou & Hoff*, Billings, for Appellant.

*Arnold H. Olsen*, former Atty. Gen., *Hubert J. Massman*,
Asst. Atty. Gen., *Forrest H. Anderson*, Atty. Gen., *John J. Ca-
van, Jr., and Joseph E. Buley*, County Attorneys, Billings,
for Respondent.

Per Curiam.

Respondent herein having served and filed motion to dis-
miss, and the court having on the 6th day of December 1957,
made and entered an order to the effect that such motion
would be deemed submitted to the court on the 19th day of De-
cember 1957, and appellant having been cited to show cause
why the motion should not be granted, and no appearance
having been made on his behalf and no cause being shown,
it is hereby ordered that the appeal be and it is dismissed.

MR. CHIEF JUSTICE HARRISON, and MR. JUSTICES
CASTLES, ANGSTMAN and ADAIR, concur.